| | |
|---|---|
| JENNIFER RUSH ) <br> *on behalf of herself and* ) <br> *others similarly situated*, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PULSAR PUBLISHING, LLC ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No.: 25-cv-03369 <br><br> Jury Trial Demanded |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs hereby file this Notice of Voluntary Dismissal without Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment.

Dated: February 17, 2026         PLAINTIFF, on behalf of herself
and others similarly situated,


By: */s/ Anthony Paronich*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com