IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **JENNIFER RUSH** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. **6:25-cv-3369-MDH** |
| v. ) | |
| ) | |
| **PULSAR PUBLISHING, LLC.** ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court, having reviewed Plaintiff's Notice of Voluntary Dismissal as to the claims of Plaintiff, filed by the Plaintiff, and being fully advised in the premises, hereby orders the claims of Plaintiff against Defendant, be dismissed *without prejudice* pursuant to FRCP 41(a)(1)(A)(i). Defendant has not served an answer or motion for summary judgment in this action. This case is hereby dismissed without prejudice, with each party to bear its own costs.

**IT IS SO ORDERED.**

Date: February 17, 2026 /s/ Douglas Harpool
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**

1